ACCEPTED
15-24-00108-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/22/2025 8:57 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00108-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/22/2025 8:57:53 PM
CHRISTOPHER A. PRINE
Clerk

**IN THE COURT OF APPEALS FOR THE FIFTEENTH DISTRICT
AUSTIN, TEXAS**

**REGINA CARSON,**
*Appellant*

v.

**BLUE CROSS BLUE SHIELD OF TEXAS, INC., a division of HEALTH
CARE SERVICE CORPORATION, ANITA C. JOHNSON, YVONNE
STERNADEL a/k/a VONNIE S., LAUREN COLLINS REESER OR LAURA
M. MCCLELLAND a/k/a LORI, JANE CORDRAY a/k/a JANE, JASON
RAMIREZ a/k/a JASON R., JENNIFER TRACEY a/k/a JENNIFER T.,
CHRISTOPHER FLINN a/k/a CHRIS, and TEACHERS RETIREMENT
SYSTEM OF TEXAS d/b/a TEACHERS RETIREMENT SYSTEM OF
TEXAS ACTIVECARE PLAN,**
*Appellees*

**From Cause No. CC-23-02212-E in the County Court at Law No. 5, Dallas
County, Texas, Honorable Nicole Taylor, Presiding**

**APPELLANT'S OPPOSED MOTION TO EXTEND TIME
TO FILE APPELLANT'S MOTION FOR REHEARING**

TO THE HONORABLE JUSTICES OF THE FIFTH COURT OF APPEALS:

COMES NOW, Regina Carson ("Appellant" or "Carson"), and files

*Appellant's Opposed Motion to Extend Time to File Appellant's Motion for*

*Rehearing*, and would show this Honorable Court as follows:

# I.
# BACKGROUND

This Honorable Court issued a memorandum opinion on August 29, 2025, Appellant's Motion for Rehearing was due on September 15, 2025 based on *Tex. R. App. P* 49.1. Appellant requests a thirty (30) day extension until October 15, 2025 to file her motion for rehearing.

Appellees oppose this extension, asserting the deadline for a motion for rehearing has passed.

# II.
# RELIEF REQUESTED

Appellant respectfully requests the Court grant her an extension until October 15, 2025 to file Appellant's Motion for Rehearing (thirty (30) days after the deadline of September 15, 2025). This is the first extension request sought for Appellant's Motion for Rehearing.

# III.
# ARGUMENT AND AUTHORITIES

## A. The Law

*Tex. R. App. P.* 49.9 provides that a party may seek an extension of time to file a motion for rehearing if the motion is filed no later than fifteen (15) days after the deadline for filing a motion for rehearing. Although Rule 49.9 does not

specifically set out the standard and/or grounds for granting an extension, *Tex. R. App. P.* 10.5(b) addresses motions for extension of time.

Rule 10.5(b) provides that a motion to extend time must state: (1) the deadline for filing the item; (2) the length of extension being requested; (3) the facts relied on to reasonably explain the need for an extension; and (4) the number of previous extensions granted for the filing.

While the standard for granting a motion to extend time to file a motion for rehearing is abuse of discretion, the movant need only reasonably explain the basis for the extension request for it to be granted. *Nolan v. Ramsey*, 783 S.W.2d 212, 212-13 (Tex. 1990); *see also Hone v. Hanafin*, 104 S.W.3d 884, 887 (Tex. 2003) (per curium) (absent a finding that Appellant's conduct was deliberate or intentional, the court of appeals should ordinarily accept as reasonable an appellant's explanation for late filing).

**B. Application of the Law to the Facts**

Appellant has complied with Rules 10.5(b)(1) and 49.9 and has demonstrated good cause as explained below for an extension. Good cause exists for granting Carson a thirty (30) day extension to October 15, 2025 to file her motion for rehearing. Among other considerations, Appellant's counsel has been involved in the following time sensitive matters in the last thirty (30) days or more:

1. *Gratitude Restaurant Group, Inc. v. OSO Coffee Company, LLC, Mark*

*Nelson, and Clint A. Stegall*; Cause No. 2024-1153-6 in the 474th District Court of McLennan County, Texas – summary judgment briefing, responses, and objections for a summary judgment hearing on September 15, 2025 in Waco, Texas. Without leave of court, the summary judgment movants filed a new summary judgment motion, purported evidence, objections, and a response/reply less than five (5) hours before the hearing, asking for these filings to be decided at the 1:30 p.m. hearing. In addition to the significant time devoted to briefing, research, filing of a response, objections, and related motions, these last minute filings required immediate attention;

2. *Urban Oil & Gas Group, LLC v. Aspen Specialty Insurance Company*, Civil Action No. 4:24-CV-00854 in the United States District Court for the Eastern District of Texas, Sherman Division – preparation of lengthy and comprehensive expert report for Plaintiff Urban Oil & Gas Group, LLC due on August 29, 2025. The preparation of the report required review of hundreds of documents;

3. Intensive view of materials and settlement negotiations involving insurance coverage in *Midland County Hospital District v. McCarthy Building Companies, Inc. et al.*, Cause No. CV59430; Midland County District Court. These negotiations intensified in the last few weeks

necessitating numerous conferences and evaluations;

4. Preparation, review, and drafting of several time sensitive lawsuits styled *UV Logistics, LLC d/b/a United Vision Logistics v. Hallmark County Mutual Insurance Company, Cause No. CC-25-07082-C in the County Court at Law No. 3 of Dallas County, Texas* and *UV Logistics, LLC d/b/a United Vision Logistics v. Atlantic Specialty Insurance Company*, Cause No. 25-09-65097-CV in the 79th District Court of Jim Wells County, Texas;

5. Review and analysis of Appellant's Brief *Johannes B. Massar v. Pegasus Pain Management, PLLC*, No. 15-25-00054-CV, filed on September 8, 2025 in the Fifteenth Court of Appeals in Austin, Texas;

6. Preparation of two responses and two sur-replies on behalf of a client in a pending Bar disciplinary matter that has time sensitive deadlines without the availability of any extensions;

7. Returning from vacation on August 11, 2025 and playing catch-up on a host of other generally pending client matters;

8. Intense review and participation in *TNT Gaming Center LLC and TNT Family Entertainment, Inc. v. American Specialty Insurance & Risk Services, Inc., Arch Specialty Insurance Company, St. Paul Fire and Marine Insurance Company, et al*; Civil Action No. 3:24-cv-01995-K, in

the United States District Court for the Northern District of Texas, Dallas Division regarding several issues including settlement, remand of the case, and lien related issues; and

9. Complex coverage analysis for a client in a time sensitive matter for purposes of negotiating and evaluating a resolution.

These and other pending matters and issues demonstrate that Carson (and specifically her counsel) were not being deliberately indifferent or intentionally disregarding deadlines in this matter. As a two-attorney firm, work and tasks cannot be delegated to others in a large firm similar to both Appellees' counsel.

Appellees are opposed to Appellant's extension request, apparently under the misapprehension that no extension is available. Despite Carson's counsel bringing Rule 49.9 to Appellees' attention, they remain opposed to Carson's extension request. Appellees have not offered any other reason for opposing Carson's request other than the deadline for filing a motion for rehearing has passed without consideration of Rule 49.9.

The extension is not sought for delay, will not prejudice any party, and is made so that justice will be done.

Appellant requests the Court grant her an extension until October 15, 2025 to file Appellant's Motion for Rehearing.

## IV.
## CONCLUSION

Appellant has demonstrated good cause for the extension sought. Appellant's request should be granted.

WHEREFORE, PREMISES CONSIDERED, Appellant prays this Honorable Court grant her motion as requested herein and grant Appellant such other and further relief to which she is entitled.

Respectfully submitted,

By: */s/ Mark A. Ticer*
Mark A. Ticer
State Bar #20018900
mticer@ticerlaw.com
Jennifer W. Johnson
State Bar #24060029
jjohnson@ticerlaw.com

**LAW OFFICE OF MARK A. TICER**
10440 N. Central Expressway, Suite 600
Dallas, Texas 75231
(214) 219-4220
(214) 219-4218 (FAX)

*ATTORNEYS FOR APPELLANT*
*REGINA CARSON*

## CERTIFICATE OF CONFERENCE

I hereby certify that I had a conference on September 22, 2025 with Appellees' counsel who advised that they oppose an extension for filing Appellants' Motion for Rehearing.

*/s/ Mark A. Ticer*
Mark A. Ticer

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record, *via e-file*, on this the 22nd day of September 2025.

*/s/ Mark A. Ticer*
Mark A. Ticer

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lisa Amerson on behalf of Mark Ticer
Bar No. 20018900
lamerson@ticerlaw.com
Envelope ID: 105934371
Filing Code Description: Motion
Filing Description: Appellant's Opposed Motion to Extend Time to File Appellant's Motion for Rehearing
Status as of 9/23/2025 7:16 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Brooke Bailey | | bbailey@ticerlaw.com | 9/22/2025 8:57:53 PM | SENT |
| Michelle Smith | | msmith@ticerlaw.com | 9/22/2025 8:57:53 PM | SENT |
| Thomas Bevilacqua | | thomas.bevilacqua@oag.texas.gov | 9/22/2025 8:57:53 PM | SENT |
| Alan York | | ayork@reedsmith.com | 9/22/2025 8:57:53 PM | SENT |
| Mark Ticer | | mticer@ticerlaw.com | 9/22/2025 8:57:53 PM | SENT |
| Jennifer Johnson | | jjohnson@ticerlaw.com | 9/22/2025 8:57:53 PM | SENT |
| Ana Falcon | | afalcon@reedsmith.com | 9/22/2025 8:57:53 PM | SENT |
| Charletta Dawson | | cdawson@reedsmith.com | 9/22/2025 8:57:53 PM | SENT |
| Callie Snider | | csnider@reedsmith.com | 9/22/2025 8:57:53 PM | SENT |
| Scott Williams | | scott.williams@reedsmith.com | 9/22/2025 8:57:53 PM | ERROR |
| Martin Bishop | | mbishop@reedsmith.com | 9/22/2025 8:57:53 PM | ERROR |
| Cheryl Blount | | cblount@reedsmith.com | 9/22/2025 8:57:53 PM | ERROR |
| Carolyn James | | cjames@reedsmith.com | 9/22/2025 8:57:53 PM | ERROR |